UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LAWRENCE DALTON, JR., | ) | |
| | ) | No.  14-152-JPG-PMF |
| Plaintiff, | ) | |
| | ) | Notice of Removal from the Circuit Court, |
| v. | ) | Twentieth Judicial Circuit, St. Clair County, |
| | ) | Illinois |
| FALCON TRANSPORT, INC., PIONEER | ) | |
| TRANSPORT INC., and LINDA J. SEILER, | ) | Circuit Court Twentieth Judicial Circuit, St. |
| | ) | Clair County, Illinois |
| Defendants. | ) | Case No. 13-L-598 |

**NOTICE OF REMOVAL BY FALCON TRANSPORT, INC.**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Falcon Transport, Inc., ("Falcon"), by its attorneys, Timothy J. Young of Lewis Brisbois Bisgaard & Smith LLP, hereby removes the case described below to the United States District Court for the Southern District of Illinois on the following grounds:

**THE REMOVED SUIT**

1. On November 27, 2013, Plaintiff, Lawrence Dalton, Jr., filed his Complaint at Law ("Complaint") in the Circuit Court, Twentieth Judicial Circuit of St. Clair County, Illinois.  The Complaint was assigned Case No. 13-L-598.  A true and correct copy of the Summons and Complaint is attached hereto as Exhibit 1.  A true and correct copy of the Clerk of the Circuit Court Twentieth Judicial Circuit, St. Clair County, Illinois Case Information Summary for Case No. 13-L-598 is attached hereto as Exhibit 2.

2. Upon information and belief the Sheriff attempted service on Falcon on January 17, 2014.  Falcon received notice of the complaint on January 27, 2014 from its insurance carrier.

4821-0067-6888.1

3. This Notice of Removal is filed within thirty (30) days after Falcon's first receipt of the Complaint, which is the initial pleading setting forth the claims for relief upon which this action is based.

## DIVERSITY JURISDICTION

4. This matter is properly removable pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, as this Court has jurisdiction over this case based on diversity of citizenship of the parties.

5. Falcon is informed and believes that Plaintiff Lawrence Dalton, Jr. was at the time of the filing of the Complaint, and still is, a citizen of the State of Illinois. Lawrence Dalton's address is 3200 County Place Lane, Granite City, IL 62040.

6. Falcon was at the time of the filing of the Complaint, and still is, a citizen of the State of Pennsylvania. Falcon is a domestic corporation organized and existing under the laws of the State of Pennsylvania, and Falcon's principal place of business is in the city of Lancaster within the State of Pennsylvania.

7. Pioneer Transport, Inc., was at the time of the filing of the Complaint, and still is, a citizen of the State of Pennsylvania. Pioneer Transport, Inc. is a domestic corporation organized and existing under the laws of the State of Pennsylvania, and Pioneer Transport, Inc.'s principal place of business is in the city of Lancaster within the State of Pennsylvania. Pioneer Transport, Inc. is an entity corporation of Falcon. (*See* Exhibit 3, the Business Entity Filing History from the Pennsylvania Department of State pertaining to Falcon and Pioneer Transport, Inc.)

8. Linda J. Seiler, was at the time of the filing of the Complaint, and still is, a citizen of the State of Kentucky. Linda J. Seiler's address is 1804 East Osage Apt. Q5, Derby, KS 67037. (*See* Exhibit 4, the Illinois Traffic Crash Report).

9. The Complaint seeks recovery in an amount in excess of $50,000.00. (*See* Complaint, Exh. 1.)

10. Plaintiff alleges that he suffered injuries in a motor vehicle accident which occurred in St. Clair County, State of Illinois, when another vehicle hit Plaintiff from behind. Plaintiff further alleges that due to Defendant Falcon's negligence, the Plaintiff suffered injuries of a personal and pecuniary nature.

11. Plaintiff has not provided exhaustive information about the extent of his injuries, but it is believed that the alleged injuries—closed head and spinal injury, injury to his left wrist, left knee, and neck, emergency room visits, extensive doctor's visits, diagnostic testing, and physical therapy—unquestionably place the amount in controversy in excess of $75,000.00.

12. Further, the plaintiff's counsel acknowledged in his demand letter dated June 17, 2013 to a claim representative of Fleming & Hall Ltd., that plaintiff's demand was $125,000.00, thus placing the amount in controversy in excess of $75,000.00.

13. It is believed that this matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States, therefore, Falcon is entitled to remove said cause from the Circuit Court Twentieth Judicial Circuit, St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois based on this Court's diversity jurisdiction.

**SERVICE AND FILING OF THIS NOTICE OF REMOVAL**

14. Falcon is serving a copy of this Notice of Removal on Lawrence Dalton, Jr.'s counsel, and Falcon is filing a copy of this Notice of Removal with the Circuit Court Twentieth Judicial Circuit, St. Clair County, Illinois on February 14, 2014, promptly after the filing of this Notice of Removal.

-4-

WHEREFORE, Defendant, Falcon Transport, Inc. hereby removes the above-described state court proceeding into and under the jurisdiction of this United States District Court for the Southern District of Illinois, and requests such other relief as the Court deems just and proper.

Dated: February 14, 2014	Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH**

By:	/s/ James L. Craney
	One of the Attorneys for Defendant

James L. Craney  ARDC No. 6282699
Timothy Young ARDC No. 6192231
Nicole Sorell ARDC No. 6307055
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Phone: 312-345-1718