# EXHIBIT
# 1

CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois  )
County of St. Clair )  S.S.

Case Number _____ 13L 598 _____

Amount Claimed _____

| LAWRENCE DALTON, JR. | FALCON TRANSPORT, INC., PIONEER TRANSPORT, INC. and LINDA J. SEILER |
|---|---|
| ALIAS | VS |
| Plaintiff(s) | Defendant(s) |

Classification Prefix ____ **L** ____ Code __02__   Nature of Action **Law-Tort** ____ Code __2__

Pltf. Atty. **Gregory M. Tobin** ____ Code _____
Address **Route 111 at Airline Drive**
City **East Alton, IL 62024** Phone **259-8011**
Add. Pltf. Atty. _____ Code _____

**X**                 **SUMMONS**
To the above named defendant(s) . . . . . . :
                      **X**

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

NAME  **Falcon Transport, Inc.**

ADDRESS  **1851 Charter Lane**
          **Suite 101**

CITY & STATE  **Lancaster, PA 17601**

☐ **A.** You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20 ___
to answer the complaint in this case, a copy of which is hereto attached.  If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ **B.** You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service.  In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance.  If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS _____ 1-17- 20 14

_Kahalah Clay_
Clerk of Court

BY DEPUTY: _Liabie Dale_

**SEAL**

DATE OF SERVICE: _____ , 20 ___
(To be inserted by officer on copy left with defendant or other person)

**IN THE CIRCUIT COURT**
**TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

LAWRENCE DALTON, JR.,                    )
                                         )
         Plaintiff,                      )
                                         )
vs.                                      )    No. 13L598
                                         )
FALCON TRANSPORT, INC.,                  )
PIONEER TRANSPORT, INC. and              )
LINDA J. SEILER,                         )
                                         )
         Defendants.                     )

FILED
ST. CLAIR COUNTY

NOV 2 7 2013

**COMPLAINT**

**COUNT I**

Comes now the Plaintiff, LAWRENCE DALTON, JR., by and through his attorneys,

PRATT & TOBIN, P.C., and for Count I of his cause of action against the Defendant, FALCON

TRANSPORT, INC., states as follows:

1.      That on or about December 19, 2011, the Plaintiff, LAWRENCE DALTON, JR., was

operating his vehicle on the off ramp from Interstate 50/70 on to the Martin Luther King Bridge in

the City of East St. Louis, in the County of St. Clair, State of Illinois.

2.      That on or about December 19, 2011, the Defendant, FALCON TRANSPORT, INC.,

was operating its vehicle through its agent, LINDA J. SEILER, on the off ramp from Interstate 55/70

on to the Martin Luther King Bridge in the City of East St. Louis, in the County of St. Clair, State

of Illinois.

Page 1 of 8

3.      That on or about December 19, 2011, the Defendant, FALCON TRANSPORT, INC.,
while operating its vehicle through its agent, LINDA J. SEILER, on the off ramp from Interstate
50/70 on to the Martin Luther King Bridge in the City of East St. Louis, in the County of St. Clair,
State of Illinois, caused its vehicle to collide with the rear of the vehicle being driven by the Plaintiff,
LAWRENCE DALTON, JR.

4.      That as of December 19, 2011, and as of the time of the incident alleged herein, the
Defendant, FALCON TRANSPORT, INC., owed the Plaintiff, LAWRENCE DALTON, JR., a duty
of ordinary care in the operation of its vehicle.

5.      That the Defendant, FALCON TRANSPORT, INC., through its agent, LINDA J.
SEILER, breached its duty of care to the Plaintiff, LAWRENCE DALTON, JR., and was guilty of
negligence thereby, in one or more of the following ways:

a.      The Defendant drove while distracted; and/or

b.      The Defendant failed to reduce speed to avoid an accident; and/or

c.      The Defendant traveled too fast for conditions; and/or

d.      The Defendant failed to keep a proper lookout for other vehicles then
         and there rightfully upon said roadway and particularly the vehicle of
         the Plaintiff; and/or

e.      The Defendant failed to properly apply the brakes of its vehicle;
         and/or

f.      The Defendant drove its vehicle in such a manner as to cause it to
         strike the Plaintiff's vehicle.

6.     That as a direct and proximate result of the negligence of the Defendant, LAWRENCE DALTON, JR. sustained injuries to his neck, back, spine, head, knee, wrist and body resulting in disability and disfigurement and which has caused and will cause him in the future to suffer great pain and mental anguish; he has lost and will in the future lose earnings he otherwise would have earned but for this injury; and has been and will in the future be compelled to obligate himself for medical aid and attention; and his future earning capacity has been seriously diminished thereby; All To The Damage of the Plaintiff in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

WHEREFORE, Plaintiff, LAWRENCE DALTON, JR., prays that judgment be entered against the Defendant, FALCON TRANSPORT, INC., in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), and the costs of this action and whatever other remedy this Court deems appropriate.

LAWRENCE DALTON, JR., Plaintiff

PRATT & TOBIN, P.C.

BY: _____

GREGORY M. TOBIN - #06192096
Route 111 at Airline Drive
P. O. Box 179
East Alton, IL  62024
Telephone: (618) 259-8011
              (800) 851-5562
Facsimile:  (618) 259-6793

ATTORNEYS FOR PLAINTIFF

## COUNT II

Comes now the Plaintiff, LAWRENCE DALTON, JR., by and through his attorneys, PRATT & TOBIN, P.C., and for Count II of his cause of action against the Defendant, PIONEER TRANSPORT, INC., states as follows:

1.    That on or about December 19, 2011, the Plaintiff, LAWRENCE DALTON, JR., was operating his vehicle on the off ramp from Interstate 50/70 on to the Martin Luther King Bridge in the City of East St. Louis, in the County of St. Clair, State of Illinois.

2.    That on or about December 19, 2011, the Defendant, PIONEER TRANSPORT, INC., was operating its vehicle through its agent, LINDA J. SEILER, on the off ramp from Interstate 55/70 on to the Martin Luther King Bridge in the City of East St. Louis, in the County of St. Clair, State of Illinois.

3.    That on or about December 19, 2011, the Defendant, PIONEER TRANSPORT, INC., while operating its vehicle through its agent, LINDA J. SEILER, on the off ramp from Interstate 50/70 on to the Martin Luther King Bridge in the City of East St. Louis, in the County of St. Clair, State of Illinois, caused its vehicle to collide with the rear of the vehicle being driven by the Plaintiff, LAWRENCE DALTON, JR.

4.    That as of December 19, 2011, and as of the time of the incident alleged herein, the Defendant, PIONEER TRANSPORT, INC., owed the Plaintiff, LAWRENCE DALTON, JR., a duty of ordinary care in the operation of its vehicle.

5.     That the Defendant, PIONEER TRANSPORT, INC., through its agent, LINDA J. SEILER, breached its duty of care to the Plaintiff, LAWRENCE DALTON, JR., and was guilty of negligence thereby, in one or more of the following ways:

   a.     The Defendant drove while distracted; and/or

   b.     The Defendant failed to reduce speed to avoid an accident; and/or

   c.     The Defendant traveled too fast for conditions; and/or

   d.     The Defendant failed to keep a proper lookout for other vehicles then and there rightfully upon said roadway and particularly the vehicle of the Plaintiff; and/or

   e.     The Defendant failed to properly apply the brakes of its vehicle; and/or

   f.     The Defendant drove its vehicle in such a manner as to cause it to strike the Plaintiff's vehicle.

6.     That as a direct and proximate result of the negligence of the Defendant, LAWRENCE DALTON, JR. sustained injuries to his neck, back, spine, head, knee, wrist and body resulting in disability and disfigurement and which has caused and will cause him in the future to suffer great pain and mental anguish; he has lost and will in the future lose earnings he otherwise would have earned but for this injury; and has been and will in the future be compelled to obligate himself for medical aid and attention; and his future earning capacity has been seriously diminished thereby; All To The Damage of the Plaintiff in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

WHEREFORE, Plaintiff, LAWRENCE DALTON, JR., prays that judgment be entered against the Defendant, PIONEER TRANSPORT, INC., in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), and the costs of this action and whatever other remedy this Court deems appropriate.

LAWRENCE DALTON, JR., Plaintiff

PRATT & TOBIN, P.C.

BY: _____

GREGORY M. TOBIN - #06192096
Route 111 at Airline Drive
P. O. Box 179
East Alton, IL  62024
Telephone: (618) 259-8011
            (800) 851-5562
Facsimile: (618) 259-6793

ATTORNEYS FOR PLAINTIFF

## COUNT III

Comes now the Plaintiff, LAWRENCE DALTON, JR.,  by and through his attorneys, PRATT & TOBIN, P.C., and for Count III of his cause of action against the Defendant, LINDA J. SEILER, states as follows:

1.      That on or about December 19, 2011, the Plaintiff, LAWRENCE DALTON, JR., was operating his vehicle on the off ramp from Interstate 50/70 on to the Martin Luther King Bridge in the City of East St. Louis, in the County of St. Clair, State of Illinois.

2.     That on or about December 19, 2011, the Defendant, LINDA J. SEILER was operating her vehicle on the off ramp from Interstate 55/70 on to the Martin Luther King Bridge in the City of East St. Louis, in the County of St. Clair, State of Illinois.

3.     That on or about December 19, 2011, the Defendant, LINDA J. SEILER, while operating her vehicle on the off ramp from Interstate 50/70 on to the Martin Luther King Bridge in the City of East St. Louis, in the County of St. Clair, State of Illinois, caused her vehicle to collide with the rear of the vehicle being driven by the Plaintiff, LAWRENCE DALTON, JR.

4.     That as of December 19, 2011, and as of the time of the incident alleged herein, the Defendant, LINDA J. SEILER, owed the Plaintiff, LAWRENCE DALTON, JR., a duty of ordinary care in the operation of her vehicle.

5.     That the Defendant, LINDA J. SEILER, breached her duty of care to the Plaintiff, LAWRENCE DALTON, JR., and was guilty of negligence thereby, in one or more of the following ways:

a.     The Defendant drove while distracted; and/or

b.     The Defendant failed to reduce speed to avoid an accident; and/or

c.     The Defendant traveled too fast for conditions; and/or

d.     The Defendant failed to keep a proper lookout for other vehicles then and there rightfully upon said roadway and particularly the vehicle of the Plaintiff; and/or

e.     The Defendant failed to properly apply the brakes of its vehicle; and/or

f.     The Defendant drove its vehicle in such a manner as to cause it to strike the Plaintiff's vehicle.

6.     That as a direct and proximate result of the negligence of the Defendant, LAWRENCE DALTON, JR. sustained injuries to his neck, back, spine, head, knee, wrist and body resulting in disability and disfigurement and which has caused and will cause him in the future to suffer great pain and mental anguish; he has lost and will in the future lose earnings he otherwise would have earned but for this injury; and has been and will in the future be compelled to obligate himself for medical aid and attention; and his future earning capacity has been seriously diminished thereby; All To The Damage of the Plaintiff in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

WHEREFORE, Plaintiff, LAWRENCE DALTON, JR., prays that judgment be entered against the Defendant, LINDA J. SEILER, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), and the costs of this action and whatever other remedy this Court deems appropriate.

LAWRENCE DALTON, JR., Plaintiff

PRATT & TOBIN, P.C.

BY: _____
GREGORY M. TOBIN - #06192096
Route 111 at Airline Drive
P. O. Box 179
East Alton, IL  62024
Telephone: (618) 259-8011
              (800) 851-5562
Facsimile:  (618) 259-6793

ATTORNEYS FOR PLAINTIFF

Page 8 of 8

**IN THE CIRCUIT COURT**
**TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

LAWRENCE DALTON, JR.,                )
                                      )
                    Plaintiff,        )
                                      )
vs.                                   )        No. 13L598
                                      )
FALCON TRANSPORT, INC.,               )
PIONEER TRANSPORT, INC. and           )
LINDA J. SEILER,                      )
                                      )      FILED
                    Defendants.       )      ST. CLAIR COUNTY
                                      )
                                             NOV 2 7 2013

**A F F I D A V I T**

I, **GREGORY M. TOBIN** of **PRATT & TOBIN, P.C.**, Attorney for the Plaintiff in the

above-entitled case, on oath states that the total of money damages sought in this Complaint against

the Defendants, **FALCON TRANSPORT, INC., PIONEER TRANSPORT, INC. and LINDA**

**J. SEILER**, exceed FIFTY THOUSAND DOLLARS ($50,000.00).

DATED this _26th_ day of _November_, 2013.

_____
GREGORY M. TOBIN

SUBSCRIBED   and   SWORN   to   before   me   this   _26th_   day   of

_November_, 2013.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
TERRI S. WILLIAMS
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 3, 2015

Page 1 of 1

TOTAL P.12

## IN THE CIRCUIT COURT
## TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

LAWRENCE DALTON, JR.,          )
                              )
          Plaintiff,          )
                              )
vs.                           )          No. 13L598
                              )
FALCON TRANSPORT, INC.,       )
PIONEER TRANSPORT, INC. and   )
LINDA J. SEILER,              )
                              )              FILED
          Defendants.         )           ST. CLAIR COUNTY

                                           NOV 27 2013

### ENTRY OF APPEARANCE

Comes now, Gregory M. Tobin, of Pratt & Tobin, P.C., and enters his appearance on behalf

of Lawrence Dalton, Jr. in the above-captioned matter.

Respectfully submitted,

BY: _____
GREGORY M. TOBIN - #06192096
PRATT & TOBIN, P.C.
Route 111 at Airline Drive
P. O. Box 179
East Alton, IL 62024
Telephone: (618) 259-8011
          (800) 851-5562
Facsimile:  (618) 259-6793

ATTORNEYS FOR PLAINTIFF

Page 1 of 1

JAN-27-2014  16:16        PFG                        717 735 0592        P.12

# EXHIBIT 2



| Attorney Resources | Documents & Forms

St. Clair County Circuit Clerk > Courts > Court Records Search

## Court Records Search

| Criminal Cases | Civil Cases |

**Person Search**
**Company Search**
**Case Number Search**
**Attorney Bar Number Search**
**Attorney Account Info**

## Search By Case Number
What are these case types?

13   L   🔲   598     [ Search ]

| Case Details | Register of Actions |

| Event Date | Event Description | Party Type | P |
|------------|-------------------|------------|---|
| 3/3/2014 | CAL:ASSIGN ORD/STAT CONFERENCE | ADMINISTRATION | |
| 2/5/2014 | ASM:ALIAS SUMMONS | ATY PLAINTIFF | TOBIN, ( |
| 1/31/2014 | DOC:LETTER | ADMINISTRATION | |
| 1/31/2014 | SUM:SUMMONS RETURN/NOT SERVED | ADMINISTRATION | |
| 1/31/2014 | DOC:LETTER | ADMINISTRATION | |
| 1/17/2014 | DOC:ALIAS SUMMONS ISSUED | DEFEND PRO SE | FALCON |
| 1/16/2014 | SUM:SUMMONS RETURN/NOT SERVED | ADMINISTRATION | |
| 1/16/2014 | DOC:LETTER | ADMINISTRATION | |
| 1/16/2014 | DOC:RECEIPT | ADMINISTRATION | |
| 1/16/2014 | DOC:LETTER | ATY PLAINTIFF | TOBIN, ( |
| 1/16/2014 | ASM:ALIAS SUMMONS | ATY PLAINTIFF | TOBIN, ( |
| 1/15/2014 | DOC:RETURNED MAIL | ADMINISTRATION | |
| 1/7/2014 | JUDGE REASSIGNED | ADMINISTRATION | |
| 1/7/2014 | JUDGE REASSIGNED | ADMINISTRATION | |
| 12/23/2013 | SUM:SUMMONS RETURNED/SERVED | ADMINISTRATION | |
| 12/23/2013 | DOC:LETTER | ADMINISTRATION | |
| 12/10/2013 | DOC:RECEIPT | ADMINISTRATION | |
| 12/3/2013 | SUM:SUMMONS ISSUED | ADMINISTRATION | |
| 12/3/2013 | SUM:SUMMONS ISSUED | ADMINISTRATION | |
| 12/3/2013 | SUM:SUMMONS ISSUED | ADMINISTRATION | |
| 11/27/2013 | DOC:RECEIPT | ADMINISTRATION | |
| 11/27/2013 | OPN:COMPLAINT FILED | ADMINISTRATION | |
| 11/27/2013 | DOC:LETTER | ADMINISTRATION | |
| 11/27/2013 | DOC:AFFIDAVIT | ADMINISTRATION | |

| 11/27/2013 | DOC:ENTRY OF APPEARANCE | ATY PLAINTIFF | TOBIN, C |
| 11/27/2013 | ASM:COMPLAINT FILING FEE | ATY PLAINTIFF | TOBIN, C |



Email Us #10 Public Square - Belleville, IL 618-277-6600 ©2012 St. Clair County - Al

# EXHIBIT 3



## Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

### Business Entity Filing History
Date: 2/5/2014    (Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
|------|-----------|
| FALCON TRANSPORT, INC. | Current Name |

### Business Corporation - Domestic - Information

| | |
|---|---|
| Entity Number: | 666888 |
| Status: | Active |
| Entity Creation Date: | 5/5/1978 |
| State of Business.: | PA |
| Registered Office Address: | 1851 Charter Lane Suite 101 Lancaster PA 17601 Lancaster |
| Mailing Address: | No Address |

### Officers

| | |
|---|---|
| Name: | JAMES P MURPHY |
| Title: | President |
| Address: | PO BOX 11415 LANCASTER PA 17605-1415 |
| | |
| Name: | CAREY D FUSSELL |
| Title: | Secretary |
| Address: | PO BOX 11415 LANCASTER PA 17605-1415 |
| | |
| Name: | JOHN L FRIANT |
| Title: | Treasurer |
| Address: | PO BOX 11415 LANCASTER PA 17605-1415 |
| | |
| Name: | CAREY D FUSSELL |
| Title: | Vice President |
| Address: | PO BOX 11415 LANCASTER PA 17605-1415 |

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy



## Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

### Business Entity Filing History

Date: 2/5/2014   (Select the link above to view the Business
Entity's Filing History)

### Business Name History

| Name | Name Type |
|------|-----------|
| PIONEER TRANSPORT, INC. | Current Name |

### Business Corporation - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 638744 |
| **Status:** | Active |
| **Entity Creation Date:** | 9/30/1976 |
| **State of Business.:** | PA |
| **Registered Office Address:** | 1851 Charter Lane Suite 101<br>Lancaster PA 17601<br>Lancaster |
| **Mailing Address:** | No Address |

### Officers

| | |
|---|---|
| **Name:** | **JAMES P MURPHY** |
| **Title:** | **President** |
| **Address:** | PO BOX 11388<br>LANCASTER PA 17605-1388 |

| | |
|---|---|
| **Name:** | **CAREY D FUSSELL** |
| **Title:** | **Secretary** |
| **Address:** | PO BOX 11388<br>LANCASTER PA 17605-1388 |

| | |
|---|---|
| **Name:** | **JOHN L FRIANT** |
| **Title:** | **Treasurer** |
| **Address:** | PO BOX 11388<br>LANCASTER PA 17605-1388 |

| | |
|---|---|
| **Name:** | **CAREY D FUSSELL** |
| **Title:** | **Vice President** |
| **Address:** | PO BOX 11388<br>LANCASTER PA 17605-1388 |

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy

# EXHIBIT 4

# ILLINOIS TRAFFIC CRASH REPORT

| DRAC 1 | DRAC 1 | PEDV 2 | PEDV 1 | TRFD 12 | TRFC 4 | WEAT 1 | DRVA 16 | DRVA 1 | VIS 1 | VIS 1 | VEHD 1 | VEHD 1 | LGHT 1 | COLL 11 | MANV 1 | MANV 11 | PPA 1 | PPA 1 | PPL 1 | PPL 1 |
| U1 | U2 | U1 | U2 | | | | U1 | U2 | U1 | U2 | U1 | U2 | | | U1 | U2 | U1 | U2 | U1 | U2 |

**INVESTIGATING AGENCY**

*2205954*

**ILLINOIS STATE POLICE**

| | | | | | |
|---|---|---|---|---|---|
| ADDRESS NO. | HIGHWAY or STREET NAME **OFF RAMP FROM I-55/70 WEST** | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY □ $500 OR LESS □ $501 - $1,500 ☒ OVER $1,500 | TYPE OF REPORT **1 On-scene** | TYPE OF CRASH **B Injury** | AGENCY CRASH REPORT NO. **11-11-03460** |

| | | | | |
|---|---|---|---|---|
| □ 251 (CIRCLE) FT/ MI **E** (CIRCLE) N □ S W □ AT INTERSECTION WITH | **DR MARTIN LUTHER KING JR MEM BRG** (NAME OF INTERSECTION OR ROAD FEATURE) | □ City □ Township ☒ INTERSECTION RELATED □ Yes ☒ No PRIVATE PROPERTY □ Yes ☒ No HIT & RUN □ Yes ☒ No | COUNTY **ST. CLAIR** CIRCLE DAY OF WEEK SU ☒MO TU WE TH FR SA | DATE OF CRASH **12/19/2011** mo day yr NUMBER MOTOR VEHICLES INVLD **3** |

**E ST LOUIS TWP** | TIME OF CRASH **06:53** ☒ AM □ PM | LARS CODE | LARS CODE

TRFW 1 / VEHT 7 / U1 / VEHT 2 / # LANES / ALGN 1 / RSUR 1

## Unit 1

| | |
|---|---|
| NAME ☒ DRIVER □ PARKED-NO DRIVER □ PED □ PEDAL □ EQUES □ NMV □ NCV **SEILER, LINDA J** | DATE OF BIRTH **12/21/1956** mo day yr |
| STREET ADDRESS **1804 EAST OSAGE APT Q5** | SEX **F** SAFT **2** AIR **3** |
| CITY **DERBY** STATE **KS** ZIP **67037** | INJURY **O** EJECT **3** |
| TELEPHONE **(316) 516-2140** | DRIVER LICENSE NO. **K08-15-6479** |
| TAKEN TO | EMS AGENCY |

| MAKE **Volvo** | MODEL **Wia** | YEAR **1996** |
|---|---|---|
| PLATE NO. **AF93580** | STATE **PA** | YEAR **1996** |
| VIN **4V4WDBGF6TN729393** | | |
| STATE **KS** | CLASS **A** | |
| VEHICLE OWNER (LAST, FIRST, MI) **FALCON, TRANSPORT INC** | | |
| OWNER ADDRESS (STREET, CITY, STATE, ZIP) **1851 CHARTIER LANE, LANCASTER, PA, 17604** | | |

DAMAGED AREA(S): 00 - NONE, 10 - UNDER CARRIAGE, 11 - TOTAL (ALL AREAS), 12 - OTHER, 99 - UNKNOWN
POINT OF FIRST CONTACT **1**

| | Y | N |
|---|---|---|
| TOWED DUE TO CRASH | □ | ☒ |
| FIRE | □ | ☒ |
| HAZMAT SPILL | □ | ☒ |
| COMVEH *IF YES SEE SIDEBAR | ☒ | □ |

INSURANCE CO. **National Specialty Insurance**
TELEPHONE **(620) 240-0042** POLICY NO. **TFM500680**

VEHU 20 / U1 / VEHU 2 / U1

## Unit 2

| | |
|---|---|
| NAME ☒ DRIVER □ PARKED-NO DRIVER □ PED □ PEDAL □ EQUES □ NMV □ NCV **DALTON JR, LAWRENCE NMI** | DATE OF BIRTH **04/02/1968** mo day yr |
| STREET ADDRESS **3200 COUNTRY PLACE LANE** | SEX **M** SAFT **2** AIR **4** |
| CITY **GRANITE CITY** STATE **IL** ZIP **62040** | INJURY **B** EJECT **1** |
| TELEPHONE **(618) 791-1800** | DRIVER LICENSE NO. **D435-5206-8095** |
| TAKEN TO **REFUSED** | EMS AGENCY **REFUSED** |

| MAKE **Ford** | MODEL **F150 Series** | YEAR **1999** |
|---|---|---|
| PLATE NO. **39390C** | STATE **IL** | YEAR **2012** |
| VIN **1FTRX17L7XKB29909** | | |
| STATE **IL** | CLASS **D*** | |
| VEHICLE OWNER (LAST, FIRST, MI) **DALTON JR, LAWRENCE NMI** | | |
| OWNER ADDRESS (STREET, CITY, STATE, ZIP) **3200 COUNTRY PLACE LANE, GRANITE CITY, IL, 62040** | | |

DAMAGED AREA(S): 00 - NONE, 10 - UNDER CARRIAGE, 11 - TOTAL (ALL AREAS), 12 - OTHER, 99 - UNKNOWN
POINT OF FIRST CONTACT **5**

| | Y | N |
|---|---|---|
| TOWED DUE TO CRASH | ☒ | □ |
| FIRE | □ | ☒ |
| HAZMAT SPILL | □ | ☒ |
| COMVEH *IF YES SEE SIDEBAR | □ | ☒ |

INSURANCE CO. **Liberty Mutual Fire Insurance Company**
TELEPHONE **(618) 791-1800** POLICY NO. **A02-248-095112-40 1 5**

VEHU 2 / U1 / RDEF 7 / U1 / BAC 96 / U1 / BAC 96 / U1 / # OCCS 1 / # OCCS 1 / DIRP 7 / U1 / DIRP 7 / U1

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT | PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL) | HOSP | EMS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### Unit 1

| EVNO | MOST | EVNT | LOC | |
|---|---|---|---|---|
| 1 | ☒ | 11 | 1 | DAMAGE PROPERTY OWNER NAME |
| 2 | □ | | | DAMAGED PROPERTY |
| 3 | □ | | | PROPERTY OWNER ADDRESS (STREET, CITY, STATE, ZIP) |

ARREST NAME **SEILER LINDA J**
SECTION **Too fast for cond/fail reduce**
CITATION NO. **7390744**

CONTRIBUTORY CAUSE(S)
PRIMARY **28 Failing to reduce speed to avoid**
SECONDARY **99 Not applicable**

POSTED SPEED LIMIT

### Unit 2

| EVNO | MOST | EVNT | LOC |
|---|---|---|---|
| 1 | ☒ | 11 | 1 |
| 2 | □ | | |
| 3 | □ | | |

ARREST NAME
SECTION
CITATION NO.

| OFFICER ID **5467** | SIGNATURE | BEAT / DIST **11** | SUPERVISOR ID | DATE NOTIFIED **12/19/2011** TIME NOTIFIED **06:54** ☒ AM □ PM |
|---|---|---|---|---|
| | | | | COURT DATE **01/20/2012** COURT TIME **08:45** ☒ AM □ PM |

SR 1050 JANUARY 2009 (IMC3)

ISP-5467-20111219-071441

## DIAGRAM

C/D OFF RAMP FROM I-55/70 WB TO MLK BRIDGE

N

Not to Scale

U3 — U2 — U1

(U3) (U2) (U1)

UNIT 1 REAR ENDED UNIT 2
UNIT 2 PUSHED INTO UNIT 3

## NARRATIVE (Refer to vehicle by Unit No.)

UNIT 3 WAS TRAVELING SLOWLY IN TRAFFIC WESTBOUND ON THE C/D OFF RAMP FROM I-55/70 WESTBOUND TO THE MARTIN LUTHER KING BRIDGE. UNIT 2 WAS TRAVELING BEHIND UNIT 3. UNIT 1 WAS APPROACHING UNIT 2 FROM THE REAR.

THE DRIVER OF UNIT 1 STATED UNIT 2 SUDDENLY STOPPED. SHE ATTEMPTED TO STOP BUT WAS UNABLE TO AVOID REAR ENDING UNIT 2. THIS CAUSED UNIT 2 TO BE PUSHED INTO UNIT 3.

UNIT 1 SUSTAINED DAMAGE TO THE FONT END. UNIT 2 SUSTAINED DAMAGE TO THE FRONT AND REAR END. UNIT 3 SUSTAINED DAMAGE TO THE REAR END.

UNIT 1 WAS PULLING A WHITE 1989 FRUEHAUF SEMI-TRAILER WITH OKLAHOMA REGISTRATION: 1975FV AND VIN: 1H2V05328KE009722.

## LOCAL USE ONLY    Nothing

| U1 Color: White | U1 Towed By / To:  / |
|---|---|
| U2 Color: Green | U2 Towed By / To:  Petroff Towing-Caseyville / Petroff Towing-Caseyville |

## COMMERCIAL VEHICLE                                    Unit 1

| CARRIER NAME | | SOURCE |
|---|---|---|
| **FALCON TRANSPORT INC** | | SIDE OF TRUCK |
| ADDRESS  1851 CHARTER LANE SUITE 101 | | X    PAPERS |
| | | DRIVER |
| CITY              STATE         ZIP | | LOG BOOK |
| LANCASTER, PA  17601 | | |
| ID Number: | | GVWR  120000 |
| USDOT         00168358 | ICCMC  145282 | |
| OR State No. | State Name     PA | None |

| HAZARDOUS MATERIALS | PLACARDED ?   No | |
|---|---|---|
| IF YES: 4 DIGITS | 1 DIGIT      Name | |

| HAZARDOUS CARGO RELEASED FROM TRUCK? | | N |
|---|---|---|
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | N |
| INSPECTION FROM COMPLETED? | | |

| | | | FORM NO. |
|---|---|---|---|
| HAZMAT    N | OUT OF SERVICE?    N | | IL546700164 |
| MCS       N | OUT OF SERVICE?    N | | |

| IDOT PERMIT# | WideLoad    N |
|---|---|

| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length Total - Ft   70 |
|---|---|---|
| TRAILER 1   97-102" | TRAILER 1   53 | No Of Axles |
| TRAILER 2 | TRAILER 2 | 5 |
| Vehicle Configuration   6 | Cargo Body Type   2 | LoadType   5 |

## COMMERCIAL VEHICLE                                    Unit 2

| CARRIER NAME | | SOURCE |
|---|---|---|
| | | SIDE OF TRUCK |
| ADDRESS | | PAPERS |
| | | DRIVER |
| CITY              STATE         ZIP | | LOG BOOK |
| , | | |
| ID Number: | | GVWR |
| USDOT | ICCMC | |
| OR State No. | State Name | None |

| HAZARDOUS MATERIALS | PLACARDED ? | |
|---|---|---|
| IF YES: 4 DIGITS | 1 DIGIT      Name | |

| HAZARDOUS CARGO RELEASED FROM TRUCK? | | N |
|---|---|---|
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | |
| INSPECTION FROM COMPLETED? | | |

| | | FORM NO. |
|---|---|---|
| HAZMAT | OUT OF SERVICE? | |
| MCS | OUT OF SERVICE? | |

| IDOT PERMIT# | WideLoad |
|---|---|

| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length Total - Ft |
|---|---|---|
| TRAILER 1 | TRAILER 1 | No Of Axles |
| TRAILER 2 | TRAILER 2 | |
| Vehicle Configuration | Cargo Body Type | LoadType |

# ILLINOIS TRAFFIC CRASH REPORT

**Sheet 2 of 2 Sheets**   ISP-5485 20111219 071441

*2205954*

| DRAC 1 U3 | DRAC | PEDV | PEDV U3 | TRFD 12 | TRFC 4 | WEAT 1 | DRVA 1 U3 | DRVA | VIS | VEHD 1 | VEHD | LGHT 1 | COLL 11 | MANV 11 U3 | MANV | PPA | PPA U3 | PPL | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INVESTIGATING AGENCY | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY ☐ $500 OR LESS ☐ $501 - $1,500 ☒ OVER $1,500 | TYPE OF REPORT **1 On-scene** | TYPE OF CRASH **B Injury** | AGENCY CRASH REPORT NO. **11-11-03460** | TRFW 1 |
|---|---|---|---|---|---|
| **ILLINOIS STATE POLICE** | | | | | VEHT 1 |

| ADDRESS NO. | HIGHWAY or STREET NAME **OFF RAMP FROM I-55/70 WEST** | ☐ City ☒ Township INTERSECTION RELATED ☐ Yes ☒ No | DATE OF CRASH **12/19/2011** | TIME OF CRASH **06:53** ☒ AM ☐ PM | LARS CODE | VEHT 1 |
|---|---|---|---|---|---|---|
| (CIRCLE) 251 FT/ MI (CIRCLE) N E S W | DR MARTIN LUTHER KING JR MEM BRG | COUNTY **ST. CLAIR** | PRIVATE PROPERTY ☐ Yes ☒ No | CIRCLE DAY OF WEEK SU **MO** TU WE | NUMBER MOTOR VEHICLES INVLD **3** | LARS CODE | VEHT |
| AT INTERSECTION WITH (NAME OF INTERSECTION OR ROAD FEATURE) | | | HIT & RUN ☐ Yes ☒ No | TH FR SA | | | |

**Unit 3**

| NAME **MEYER III, LOUIS C** ☒ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV | DATE OF BIRTH **02/09/1981** mo day yr | MAKE **Pontiac** | MODEL **Grand Am Gt** | YEAR **2003** | DAMAGED AREA(S) 00 - NONE 10 - UNDER CARRIAGE 11 - TOTAL (ALL AREAS) 12 - OTHER 99 - UNKNOWN | | TOWED DUE TO CRASH | Y ☒ | N ☐ |
|---|---|---|---|---|---|---|---|---|---|

| STREET ADDRESS **704 VICTORY DR** | SEX **M** | SAFT **2** | AIR **4** | PLATE NO. **5188141** | STATE **IL** | YEAR **2012** | FIRE | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|

| CITY **COLLINSVILLE** | STATE **IL** | ZIP **62234** | INJURY **O** | EJECT **1** | VIN **1G2NW12E53C156478** | HAZMAT SPILL | ☐ * | ☒ |
|---|---|---|---|---|---|---|---|---|

| TELEPHONE **(618) 977-6389** | DRIVER LICENSE NO. **M600-5238-1040** | STATE **IL** | CLASS **D*** | VEHICLE OWNER (LAST, FIRST, MI) **MEYER III, LOUIS C** | POINT OF FIRST CONTACT **5** | COMVEH "IF YES SEE SIDEBAR" | ☐ * | ☒ |
|---|---|---|---|---|---|---|---|---|

| TAKEN TO | EMS AGENCY | OWNER ADDRESS (STREET, CITY, STATE, ZIP) **704 VICTORY DR, COLLINSVILLE, IL, 62234** | INSURANCE CO. **Erie Insurance Exchange** TELEPHONE **(618) 977-6389** | POLICY NO. **Q05 1810997 IL** |
|---|---|---|---|---|

| VEHU 2 |
|---|
| VEHU U3 |
| VEHU |

| NAME ☐ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV | DATE OF BIRTH mo day yr | MAKE | MODEL | YEAR | DAMAGED AREA(S) 00 - NONE 10 - UNDER CARRIAGE 11 - TOTAL (ALL AREAS) 12 - OTHER 99 - UNKNOWN | TOWED | Y ☐ | N ☐ |
|---|---|---|---|---|---|---|---|---|

| STREET ADDRESS | SEX | SAFT | AIR | PLATE NO. | STATE | YEAR | FIRE | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|

| CITY | STATE | ZIP | INJURY | EJECT | VIN | HAZMAT SPILL | ☐ * | ☐ |
|---|---|---|---|---|---|---|---|---|

| TELEPHONE | DRIVER LICENSE NO. | STATE | CLASS | VEHICLE OWNER (LAST, FIRST, MI) | POINT OF FIRST CONTACT | COMVEH "IF YES SEE SIDEBAR" | ☐ * | ☐ |
|---|---|---|---|---|---|---|---|---|

| TAKEN TO | EMS AGENCY | OWNER ADDRESS (STREET, CITY, STATE, ZIP) | INSURANCE CO. TELEPHONE | POLICY NO. |
|---|---|---|---|---|

| RDEF |
|---|
| BAC **96** |
| BAC |

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT | PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL) | HOSP | EMS |
|---|---|---|---|---|---|---|---|---|---|---|

| # OCCS 1 |
|---|
| # OCCS U3 |
| # OCCS |
| DIRP 7 |
| DIRP U3 |
| DIRP |

**Unit 3**

| EVNO | MOST | EVNT | LOC | DAMAGE PROPERTY OWNER NAME | DAMAGED PROPERTY | CONTRIBUTORY CAUSE(S) | POSTED SPEED LIMIT |
|---|---|---|---|---|---|---|---|
| 1 | ☒ | 11 | 1 | | | PRIMARY **28 Failing to reduce speed to avoid** | |
| 2 | ☐ | | | PROPERTY OWNER ADDRESS (STREET, CITY, STATE, ZIP) | | SECONDARY **99 Not applicable** | |
| 3 | ☐ | | | ARREST NAME | SECTION | CITATION NO. | |

| | ARREST NAME | SECTION | CITATION NO. | DATE NOTIFIED **12/19/2011** | TIME NOTIFIED **06:54** ☒ AM ☐ PM |
|---|---|---|---|---|---|
| 1 ☐ | | | | | |
| 2 ☐ | OFFICER ID **5467** | SIGNATURE | BEAT / DIST **11** | SUPERVISOR ID | COURT DATE ☐ AM ☐ PM COURT TIME ☐ AM ☐ PM |
| 3 ☐ | | | | | |

SR 1050 JANUARY 2009 (MCR)

ISP-5467-20111219-071441

## DIAGRAM

**NO DIAGRAM**

---

| COMMERCIAL VEHICLE | Unit 3 |
| --- | --- |

| CARRIER NAME | SOURCE |
| --- | --- |
| | SIDE OF TRUCK |
| ADDRESS | PAPERS |
| | DRIVER |
| CITY          STATE          ZIP | LOG BOOK |

| ID Number: | GVWR |
| --- | --- |
| USDOT | ICCMC |
| OR State No. | State Name | None |

**HAZARDOUS MATERIALS**     PLACARDED ?
IF YES: 4 DIGITS    I DIGIT    Name

HAZARDOUS CARGO RELEASED FROM TRUCK?     N
  VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH?

  VIOLATION OF MCS REGS CONTRIBUTE TO CRASH?

  INSPECTION FROM COMPLETED?

  HAZMAT      OUT OF SERVICE?      FORM NO.
  MCS      OUT OF SERVICE?

| IDOT PERMIT# | | WideLoad | |
| --- | --- | --- | --- |
| **TRAILER WIDTH(S)** | **TRAILER LENGTH(S)** | **Vehicle Length** | |
| TRAILER 1 | TRAILER 1 | Total - Ft | |
| TRAILER 2 | TRAILER 2 | No Of Axles | |
| Vehicle Configuration | Cargo Body Type | LoadType | |

---

| COMMERCIAL VEHICLE |
| --- |

| CARRIER NAME | SOURCE |
| --- | --- |
| | SIDE OF TRUCK |
| ADDRESS | PAPERS |
| | DRIVER |
| CITY          STATE          ZIP | LOG BOOK |

| ID Number: | GVWR |
| --- | --- |
| USDOT | ICCMC |
| OR State No. | State Name | None |

**HAZARDOUS MATERIALS**     PLACARDED ?
IF YES: 4 DIGITS    I DIGIT    Name

HAZARDOUS CARGO RELEASED FROM TRUCK?
VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH?

VIOLATION OF MCS REGS CONTRIBUTE TO CRASH?

INSPECTION FROM COMPLETED?

HAZMAT      OUT OF SERVICE?      FORM NO.
MCS      OUT OF SERVICE?

| IDOT PERMIT# | | WideLoad | |
| --- | --- | --- | --- |
| **TRAILER WIDTH(S)** | **TRAILER LENGTH(S)** | **Vehicle Length** | |
| TRAILER 1 | TRAILER 1 | Total - Ft | |
| TRAILER 2 | TRAILER 2 | No Of Axles | |
| Vehicle Configuration | Cargo Body Type | LoadType | |

---

**NARRATIVE (Refer to vehicle by Unit No.)**

UNIT 3 WAS TRAVELING SLOWLY IN TRAFFIC WESTBOUND ON THE C/D OFF RAMP FROM I-55/70 WESTBOUND TO THE MARTIN LUTHER KING BRIDGE. UNIT 2 WAS TRAVELING BEHIND UNIT 3. UNIT 1 WAS APPROACHING UNIT 2 FROM THE REAR.

THE DRIVER OF UNIT 1 STATED UNIT 2 SUDDENLY STOPPED. SHE ATTEMPTED TO STOP BUT WAS UNABLE TO AVOID REAR ENDING UNIT 2. THIS CAUSED UNIT 2 TO BE PUSHED INTO UNIT 3.

UNIT 1 SUSTAINED DAMAGE TO THE FONT END. UNIT 2 SUSTAINED DAMAGE TO THE FRONT AND REAR END. UNIT 3 SUSTAINED DAMAGE TO THE REAR END.

UNIT 1 WAS PULLING A WHITE 1989 FRUEHAUF SEMI-TRAILER WITH OKLAHOMA REGISTRATION: 1975FV AND VIN: 1H2V05328KE009722.

---

**LOCAL USE ONLY**    Nothing

| U3 Color: Red | U3 Towed By / To: Petroff Towing-Caseyville / Petroff Towing-Caseyville |
| --- | --- |