## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAWRENCE DALTON, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   NO. 14-cv-152 JPG/PMF |
| | ) |
| **FALCON TRANSPORT, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 22, 2014**                **JUSTINE FLANAGAN, Acting Clerk of Court**



**Approved:**   *s/ J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**